IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRENCE HAMILTON**                                                            **PLAINTIFF**

v.                          **CASE NO. 3:24-CV-00101-BSM**

**DIANA GARCIA-VELESQUEZ,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE